UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Karim El Ouariachi,

V. **CIVIL ACTION NO.** 1:26-cv-11857-FDS

David Wesling et al

**ORDER OF DISMISSAL**

Saylor, D.J.

In light of previously given habeas relief, this matter shall be closed.

September 17, 2026

/s/Melonie Cooke
Deputy Clerk